DEBORAH M. SMITH
Acting United States Attorney

LAWRENCE D. CARD
Assistant U.S. Attorney
222 West 7th Ave., #9, Rm. 253
Anchorage, AK 99513-7567
Phone: (907) 271-5071
Fax: (907) 271-1500
E-mail: larry.card@usdoj.gov
AK Bar No. 8011068

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | Case No. |
| | ) | |
| Plaintiff, | ) | COUNT 1: |
| | ) | FELON UNLAWFULLY IN |
| | ) | POSSESSION OF A FIREARM |
| v. | ) | Vio. 18 U.S.C. § 922(g)(1) |
| | ) | |
| JAMES MARK TUOHY, | ) | |
| | ) | |
| | ) | |
| Defendant. | ) | |

I N F O R M A T I O N

The United States Attorney charges that:

That on or about January 11, 2006, at Haines, in the District of Alaska, the

defendant, JAMES MARK TUOHY, knowingly possessed firearms, to wit: (1) a Ruger,

.308 caliber rifle, Model 77, Ser. No. 77-12809: (2) a Ruger .22 caliber rifle, Model

10/22, Ser. No. 175936: (3) a Mossberg 12 gauge shotgun, Model 500A, Ser. No.

K240780: (4) a Ruger .338 caliber rifle, Model 77, Ser. No. 71-82994: (5) and a Bersa .45 caliber pistol, Model Mini-Firestorm, Ser. No. 504068 and the defendant had been previously convicted of a crime punishable by imprisonment for a term exceeding one (1) year on June 4, 1993 in the State of Minnesota, and such firearms had been shipped and transported in interstate and foreign commerce, a violation of 18 U.S.C.§ 922 (g)(1).

All of which is in violation of Title 18, United States Code, Section 922(g) (1).

RESPECTFULLY SUBMITTED on June 21, 2006, at Anchorage, Alaska.

DEBORAH M. SMITH
Acting United States Attorney

s/ Lawrence D. Card
Assistant U.S. Attorney
222 West 7th Ave. #9, Rm. 253
Anchorage, AK 99513-7567
Phone: (907) 271-5071
Fax: (907) 271-1500
E-mail: larry.card@usdoj.gov
Alaska Bar No. 8011068