**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF ALASKA**


USA   v.   JAMES MARK TUOHY

DATE:    June 22, 2006    CASE NO.    3:06-CR-0057-RRB


THE HONORABLE RALPH R. BEISTLINE

PROCEEDINGS:   **MINUTE ORDER FROM CHAMBERS**
**SCHEDULING HEARING**

════════════════════════════════════════════════════════

An arraignment/change of plea hearing will be held in this matter on **Friday, July 7, 2006, at 1:30 p.m.**, in Courtroom 2 in Anchorage, Alaska.

M.O. SCHEDULING HEARING