ALLEN N. DAYAN
745 W. 4th Avenue, Suite 230
Anchorage, Alaska 99501
Phone: 907-277-2330
Fax: 907-277-7780
Email: dayanlaw@acsalaska.net

Attorney for:
Defendant James Mark Tuohy

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| vs. | ) Case No.3:06-cr-00057-RRB |
| | ) |
| JAMES MARK TUOHY, | ) |
| | ) |
| Defendant. | ) |
| | ) |

**ENTRY OF APPEARANCE**

Allen N. Dayan enters his appearance as attorney of record for the defendant James Mark Tuohy in the above-captioned action and request that copies of all pleadings filed in this action be mailed to him at 745 West 4th Avenue, Suite 230, Anchorage, Alaska 99501.

DATED this 27th day of June, 2006, at Anchorage, Alaska.

s/Allen N. Dayan
745 W. 4th Avenue, Suite 230
Anchorage, Alaska 99501
Phone: 907-277-2330
Fax: 907-277-7780
Email: dayanlaw@acsalaska.net
Alaska Bar No. 8811179

<u>Certificate of Service</u>
I hereby certify that on January 12, 2005, a copy of the foregoing was Electronically Served on Special Assistant U.S. Attorney, David Nesbett.