DEBORAH M. SMITH
Acting United States Attorney

LAWRENCE D. CARD
Assistant U.S. Attorney
222 West 7th Ave., #9, Rm. 253
Anchorage, AK 99513-7567
Phone: (907) 271-5071
Fax: (907) 271-1500
E-mail: larry.card@usdoj.gov
AK Bar No. 8011068

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | No.  3:06-cr-00057-RRB-JDR |
| | ) | |
| Plaintiff, | ) | |
| | ) | **NOTICE TO DISCONTINUE** |
| vs. | ) | **ELECTRONIC SERVICE** |
| | ) | |
| JAMES MARK TUOHY, | ) | |
| | ) | |
| Defendant. | ) | |
| | ) | |

COMES NOW Plaintiff United States of America, by and through Deborah

M. Smith, Acting United States Attorney for the District of Alaska, and hereby

requests the Court no longer electronically serve pleadings in the above-captioned

case on Lawrence D. Card, Asst. U.S. Attorney.  Special Assistant U.S. Attorney

David A. Nesbett, is the lead attorney in this matter.

      RESPECTFULLY submitted this <u>28th</u> day of June, 2006, at Anchorage,

Alaska.

                                      DEBORAH M. SMITH
                                      Acting United States Attorney

                                      <u>s/ Lawrence D. Card</u>
                                      Assistant U.S. Attorney
                                      222 West 7th Ave., #9, Rm. 253
                                      Anchorage, AK 99513-7567
                                      Phone: (907) 271-5071
                                      Fax: (907) 271-1500
                                      E-mail: larry.card@usdoj.gov
                                      Alaska Bar No. 8011068

**CERTIFICATE OF SERVICE**
I hereby certify that on June 28, 2006
a copy of the foregoing NOTICE was served
electronically:

Allen N. Dayan, Esq.


<u>s/ Lawrence D. Card</u>