AO 455 (Rev. 12/03) Waiver of Indictment

# UNITED STATES DISTRICT COURT

_____ DISTRICT OF _____

UNITED STATES OF AMERICA
V.

**WAIVER OF INDICTMENT**

James Mark Tuohy

CASE NUMBER: 3:06-CR-00057-RRB

I, _James Mark Tuohy_, the above named defendant, who is accused of

being advised of the nature of the charge(s), the proposed information, and of my rights, hereby waive in open court on _July 7, 2006_ prosecution by indictment and consent that the proceeding may be by information rather than by indictment.

*Date*

/s/ Tuohy
*Defendant*

_____
*Counsel for Defendant*

Before **REDACTED SIGNATURE**
        _Judge_
Ralph R. Beistline
US District Judge