MINUTES OF THE UNITED STATES DISTRICT COURT
DISTRICT OF ALASKA

U.S.A. vs    JAMES MARK TUOHY    CASE NO.  3:06-CR-00057-RRB
Defendant: X Present    X On Summons

BEFORE THE HONORABLE    RALPH R. BEISTLINE

DEPUTY CLERK/RECORDER:    CAROLINE EDMISTON

UNITED STATES ATTORNEY:    DAVID NESBETT

DEFENDANT'S ATTORNEY:    ALLEN DAYAN, RETAINED

U.S.P.O.:    PAULA MCCORMICK

PROCEEDINGS: ARRAIGNMENT ON INFORMATION/PROPOSED CHANGE OF
PLEA/ENTRY OF PLEA HEARING Held 07/07/06:
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -

At 1:32 p.m. court convened.

 X Copy of Information given to defendant.

 X Defendant sworn.

 X Defendant advised of general rights, charges and penalties.

 X Defendant states true name: Same as above.

 X Waiver of Indictment FILED.

 X PLEA:  X Guilty to Count 1 of the Information.

 X Court accepted plea; Referred to P.O. for presentence report.

 X Imposition of Sentence set for **September 18, 2006 at 9:00 a.m.**

 X Conditions of Release FILED.

 X OTHER: Court and counsel heard re plea agreement.  Court directed the defendant to go directly to the U.S. Marshal's Service for processing.

At 1:57 p.m. court adjourned.


DATE:    July 7, 2006         DEPUTY CLERK'S INITIALS:    Ce