NELSON P. COHEN
United States Attorney

DAVID A. NESBETT
Special Assistant U.S. Attorney
Federal Building & U.S. Courthouse
222 West Seventh Avenue, Room 253, #9
Anchorage, Alaska  99513-7567
Phone: (907) 271-6306
Fax: (907) 271-1500
E-mail: david.nesbett@usdoj.gov
Alaska Bar # 9811075

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | No. 3:06-cr-0057-RRB |
|  | ) |  |
| Plaintiff, | ) |  |
|  | ) | GOVERNMENT'S |
| vs. | ) | SENTENCING |
|  | ) | MEMORANDUM |
| JAMES TUOHY, | ) |  |
|  | ) |  |
| Defendant. | ) |  |
|  | ) |  |

COMES NOW the United States Attorney's Office, by and through counsel, and respectfully submits this Sentencing Memorandum regarding the defendant, JAMES TUOHY, who is scheduled to be sentenced on September 18, 2006.  For the reasons provided below, pursuant to the **11(c)(1)(C)** plea agreement, the government recommends a sentence of 30 months.

I.      BACKGROUND

On July 7, 2006, the defendant pled guilty to the following count of the Information: felon in possession of a firearm, in violation of 18 U.S.C. §§ 922(g)(1) and 924(a)(2).

During his plea colloquy, Touhy, who had previously been convicted of a felony crime, admitted that in October of 2005 he possessed a firearm in his residence. The firearm had been transported in interstate commerce.

II.     SENTENCING CALCULATION

    A.    Statutory Maximum Sentence

The maximum sentence that may be imposed on the defendant for Count 1 of the Indictment is ten (10) years imprisonment, a $250,000 fine, three (3) years of supervised release, and a $100 special assessment.

    B.    Sentencing Guidelines Calculation

Although the guideline imprisonment range as contemplated in the PSR is 33-41 months, the government stands by its recommendation in the 11(c)(1)(C) plea agreement. The government, therefore, recommends a sentence of 30 months.

III.  GOVERNMENT'S SENTENCING RECOMMENDATION

The government respectfully recommends that the court impose a sentence of 30 months.

When considering the sentencing factors in 18 U.S.C. § 3553, a departure downward of 3 months to a sentence of 30 months is appropriate. The government agrees that Tuohy's prior felony conviction is relatively old. The government also agrees that Tuohy has exhibited excellent potential for rehabilitation to the extent that he has appeared for all court hearings and has come forward from the beginning and agreed to accept responsibility. A sentence of 30 months would recognize the seriousness of defendant's offense conduct, afford adequate deterrence to future criminal conduct and, meanwhile, protect the public from further crimes of the defendant.

Pursuant to the 11(c)(1)(C) plea agreement, the government recommends that the defendant be sentenced as follows:

(1)  **30 months in custody**;

(2)  **No fine is requested** due to the defendant's inability to pay;

(3)  **A three (3) year period of supervised release,** and

(4)     **A special assessment in the amount of $100.00** is, of course, required.

RESPECTFULLY SUBMITTED this <u>11th</u> day of September, 2006 at Anchorage, Alaska.

        NELSON P. COHEN
        United States Attorney

        <u>s/ David A. Nesbett</u>
        Special Assistant U.S. Attorney
        222 West 7th Ave., #9, Rm. 253
        Anchorage, AK 99513-7567
        Phone: (907) 271-6306
        Fax: (907) 271-1500
        E-mail: david.nesbett@usdoj.gov
        Alaska Bar # 9811075

**CERTIFICATE OF SERVICE**

I hereby certify that on September 11, 2006,
a copy of the foregoing Government's
Sentencing Memorandum was served
electronically on Allen Dayan.

<u>s/ David A. Nesbett</u>