MINUTES OF THE UNITED STATES DISTRICT COURT
DISTRICT OF ALASKA

U.S.A. vs. __JAMES MARK TUOHY__   CASE NO. __3:06-cr-00057-RRB__
Defendant: X Present X On Bond

BEFORE THE HONORABLE: RALPH R. BEISTLINE

DEPUTY CLERK/RECORDER: ROBIN M. CARTER

UNITED STATES ATTORNEY: DAVID NESBETT

DEFENDANTS ATTORNEY: ALLEN DAYAN

U.S.P.O.: SCOTT KELLEY

PROCEEDINGS: IMPOSITION OF SENTENCE HELD 9/18/06:
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -
At 9:05 a.m. court convened.

X Notice of Appeal form given to defendant/defense counsel.

X Court stated findings/reasons pursuant to sentencing guidelines.

X Imprisonment for a period of __30 months__

X Defendant placed on supervised release for a period of _3_ years under the usual terms and conditions with special conditions of supervised release as stated in the judgment.

X Special Assessment $ __100.00__, due __Immediately.__

X Defendant remanded to the custody of the U.S. Marshal.

X Bond exonerated.

X OTHER: Court accepted the PSR.

At 9:15 a.m. court adjourned.

DATE: September 18, 2006          DEPUTY CLERK'S INITIALS: rc